| | |
|---|---|
| 1 | GRANT, GENOVESE & BARATTA, LLP |
| | 2030 Main Street, Suite 1600 |
| 2 | Irvine, CA 92614 |
| | Telephone: (949) 660-1600 |
| 3 | Facsimile: (949) 660-6060 |
| | 6602.779 |
| 4 | Email: jsr@ggb-law.com |
| | James M. Baratta (SBN 54890) |
| 5 | Jason S. Roberts (SBN 221978) |
| | Aaron J. Mortensen (SBN 247184) |
| 6 | |
| 7 | Attorneys for Defendants |
| | EVOFURNITURE, LLC dba INMOD; ALAN |
| | FINKELSTEIN; AND CASEY CHORON |

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLINT EASTWOOD, an individual, | No. CV12-3932-RSWL (JCx) |
| | *Assigned To: Hon. Ronald S.W. Lew* |
| Plaintiff, | |
| | **DECLARATION OF JASON S.** |
| vs. | **ROBERTS IN SUPPORT OF** |
| | **DEFENDANTS' COUNTER-** |
| EVOFURNITURE, LLC, a New Jersey limited liability company; INMOD, a business entity of unknown form and origin; ALAN FINKELSTEIN, an individual; CASEY CHORON, an individual; and DOES 1-20, inclusive, | **STATEMENT IN OPPOSITION TO PLAINTIFF'S NOTICE OF RELATED CASE** |
| | [Local Rule 83-1.3.2] |
| Defendants. | |

///
///
///
///
///

1

DECLARATION OF JASON S. ROBERTS

# DECLARATION OF JASON S. ROBERTS

I, Jason S. Roberts, declare as follows:

1. I am an attorney at law licensed to practice before the Courts of the State of California and before this Court. I am an associate with the law firm of Grant, Genovese & Baratta, LLP, attorneys of record for Defendants Evofurniture, LLC doing business as Inmod, Casey Choron, and Alan Finkelstein. I make this Declaration in support of Defendants' Counter-Statement in Opposition to Plaintiff's Notice of Related Case. I have personal knowledge of the facts set forth herein. If called as a witness, I could and would competently testify thereto.

2. Evofurniture, LLC ("Evo") has no connection to Palliser Furniture Ltd. or any other defendant in the *Eastwood v. Palliser* matter.

3. The "Clint" and "Eastwood" entertainment centers, chairs and ottomans Evo is accused of selling in 2011 are entirely different and unrelated from the upholstery products Palliser is accused of manufacturing in 2007.

4. There is no connection between the "Brando" upholstery products alleged to have been made by Palliser Furniture and those furniture items at issue in the Brando action against Evo pending in the Superior Court of California, Los Angeles Superior Court, Case No. SC 115978.

I declare under penalty of perjury under the laws of the United States and the state of California that the foregoing is true and correct. This declaration was executed on May 16, 2012 in Irvine, California.

JASON S. ROBERTS

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF ORANGE

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action; my business address is 2030 Main Street, Suite 1600, Irvine CA 92614. On **May 16, 2012,** I served the foregoing documents described as follows: **DECLARATION OF JASON S. ROBERTS IN SUPPORT OF DEFENDANTS' COUNTER-STATEMENT IN OPPOSITION TO PLAINTIFF'S NOTICE OF RELATED CASE** in the manner indicated below on the person(s) listed on the attached service list:

☒ BY ELECTRONIC AND U.S. MAIL  On this date, I filed the above referenced document(s) via the United States District Court, Central District of California electronic filing system and all attorneys who have appeared in this matter but have not registered for electronic service were served via delivery by U.S. Mail on this date pursuant to the practice for collection and processing for delivery, and all attorneys who have appeared in this matter that have registered for electronic service will be served in that manner.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this declaration was executed on **May 16, 2012**, at Irvine, California. I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Whitney Garrison

USDC Central District
CV 12-3932 RSWL (JCx)
Eastwood v EVOFURNITURE, LLC, et al.

## SERVICE LIST

Charles J. Harder, Esq.
Jeffrey I. Abrams, Esq.
Wolf, Rifkin, Shapiro, Schulman & Rabkin, LLP
11400 West Olympic Blvd., 9th Floor
Los Angeles, CA 90064-1582
310-478-4100
310-479-1422 (fax)
*Attorneys for Plaintiff Clint Eastwood*