GRANT, GENOVESE & BARATTA, LLP
2030 Main Street, Suite 1600
Irvine, CA 92614
Telephone: (949) 660-1600
Facsimile: (949) 660-6060
6602.779
Email: jsr@ggb-law.com
James M. Baratta (SBN 54890)
Jason S. Roberts (SBN 221978)
Aaron J. Mortensen (SBN 247184)

Attorneys for Defendants
EVOFURNITURE, LLC dba INMOD; ALAN FINKELSTEIN; AND CASEY CHORON

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CLINT EASTWOOD, an individual,<br><br>    Plaintiff,<br><br>    vs.<br><br>EVOFURNITURE, LLC, a New Jersey limited liability company; INMOD, a business entity of unknown form and origin; ALAN FINKELSTEIN, an individual; CASEY CHORON, an individual; and DOES 1-20, inclusive,<br><br>    Defendants. | No. **CV 12-3932 RSWL (JCx)**<br><br>*Assigned To: Hon. Ronald S.W. Lew*<br><br>**ORDER GRANTING STIPULATION FOR FURTHER STAY OF ACTION**<br><br>Complaint Served: April 9, 2012<br>Trial Date: None set |

///
///
///

1
ORDER ON STIPULATION TO EXTEND STAY OF ACTION

# ORDER

Based on the stipulation of the parties and good cause appearing therefrom, the Court orders as follows:

The stay of this matter ordered by the Court is extended to October 12, 2012. Defendants shall file their responsive pleadings on or before October 15, 2012.

**IT IS SO ORDERED.**

DATED: 9-5-12                                   ___RONALD S.W. LEW___
                                                Honorable Ronald S.W. Lew
                                                United States District Court Judge

ORDER ON STIPULATION TO EXTEND STAY OF ACTION