| | |
|---|---|
| 1 | GRANT, GENOVESE & BARATTA, LLP |
| 2 | 2030 Main Street, Suite 1600 |
|   | Irvine, CA 92614 |
| 3 | Telephone: (949) 660-1600 |
|   | Facsimile: (949) 660-6060 |
| 4 | 6602.779 |
|   | Email: jsr@ggb-law.com |
| 5 | James M. Baratta (SBN 54890) |
|   | Jason S. Roberts (SBN 221978) |
| 6 | Aaron J. Mortensen (SBN 247184) |
| 7 | Attorneys for Defendants |
|   | EVOFURNITURE, LLC dba INMOD; ALAN |
| 8 | FINKELSTEIN; AND CASEY CHORON |

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLINT EASTWOOD, an individual, | No. **CV 12-3932 RSWL (JCx)** |
| Plaintiff, | *Assigned To: Hon. Ronald S.W. Lew* |
| vs. | **JOINT NOTICE OF SETTLEMENT** |
| EVOFURNITURE, LLC, a New Jersey limited liability company; INMOD, a business entity of unknown form and origin; ALAN FINKELSTEIN, an individual; CASEY CHORON, an individual; and DOES 1-20, inclusive, | Complaint Served: April 9, 2012 |
| | Trial Date: None set |
| Defendants. | |

TO THIS HONORABLE COURT AND ALL PARTIES OF RECORD HEREIN:

PLEASE TAKE NOTICE that on October 5, 2012 the parties attended a second mediation session at which time an agreement for the global settlement of all claims and causes of action was reached. Once the settlement documents are completed and executed, the settlement will result in the parties filing a stipulation with the Court for

1

JOINT NOTICE OF SETTLEMENT

entry of injunction and dismissal of all claims. The parties anticipate the final stipulation and proposed order being filed with the Court by November 12, 2012 and respectfully request that all pending dates be vacated and a settlement completion date be set for on or after this date.

DATED: October 15, 2012       WOLF, RIFKIN, SHAPIRO, SCHULMAN & RABKIN, LLP


By: /s/
CHARLES J. HARDER
JEFFREY I. ABRAMS
Attorneys for Plaintiff, CLINT EASTWOOD


DATED: October 15, 2012       GRANT, GENOVESE & BARATTA, LLP


By: /s/
JAMES M. BARATTA
JASON S. ROBERTS
Attorneys for Defendants, EVOFURNITURE dba INMOD, ALAN FINKELSTEIN and CASEY CHORON

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF ORANGE

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action; my business address is 2030 Main Street, Suite 1600, Irvine CA 92614. On **October 15, 2012**, I served the foregoing documents described as follows: **JOINT NOTICE OF SETTLEMENT** in the manner indicated below on the person(s) listed on the attached service list:

☒ BY ELECTRONIC AND U.S. MAIL  On this date, I filed the above referenced document(s) via the United States District Court, Central District of California electronic filing system and all attorneys who have appeared in this matter but have not registered for electronic service were served via delivery by U.S. Mail on this date pursuant to the practice for collection and processing for delivery, and all attorneys who have appeared in this matter that have registered for electronic service will be served in that manner.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this declaration was executed on **October 15, 2012**, at Irvine, California. I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Whitney Wead

USDC Central District
CV 12-3932 RSWL (JCx)
Eastwood v EVOFURNITURE, LLC, et al.

## SERVICE LIST

Charles J. Harder, Esq.
Jeffrey I. Abrams, Esq.
Wolf, Rifkin, Shapiro, Schulman & Rabkin, LLP
11400 West Olympic Blvd., 9th Floor
Los Angeles, CA 90064-1582
310-478-4100
310-479-1422 (fax)
*Attorneys for Plaintiff Clint Eastwood*