JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| CLINT EASTWOOD, an individual,<br><br>      Plaintiff,<br><br>      vs.<br><br>EVOFURNITURE, LLC, a New Jersey limited liability company; INMOD, a business entity of unknown form and origin; ALAN FINKELSTEIN, an individual; CASEY CHORON, an individual; and DOES 1-20, inclusive,<br><br>      Defendants. | Case No. CV 12-3932 RSWL (JCx)<br><br>**PERMANENT INJUNCTION PURSUANT TO STIPULATION AND DISMISSAL OF ACTION WITH PREJUDICE**<br><br>Complaint Served:   April 9, 2012<br>Trial Date:             None |

Pursuant to the concurrently-filed Stipulation for Entry of Permanent Injunction between plaintiff Clint Eastwood ("Plaintiff") and defendants Evofurniture, LLC d/b/a Inmod, Alan Finkelstein, and Casey Choron (collectively, "Defendants"), the Court finds that there is good cause in favor of entering a permanent injunction against Defendants pursuant to the terms set forth in the Stipulation.

Therefore, IT IS HEREBY ORDERED that:

1.  Defendants, and their officers, agents, servants, employees, attorneys, and other persons who are in active concert or participation with them, will

permanently cease and desist from any and all further use of the publicity rights of Plaintiff, including Plaintiff's name or any iteration thereof, photograph, likeness, voice, sound-alike voice, signature, identity or persona, including without limitation the names "Clint," "Eastwood," and "Clint Eastwood," and all references to the actor, including his films and film characters, on or in connection with Defendants' products, product packaging, product labeling, and/or the advertising, marketing or promotion of Defendants or their products or services.

2. The Court shall retain jurisdiction to construe, enforce, and implement this Permanent Injunction.

3. Upon entry of this Permanent Injunction by the Court each party waives all right to seek review and appeal or otherwise therefrom.

4. The claims for relief, and each of them, alleged by Plaintiffs against all Defendants, are hereby dismissed ,with prejudice.

IT IS SO ORDERED.

DATED:  November 7, 2012

**RONALD S.W. LEW**
Honorable Ronald S. W. Lew
Senior, U.S. District Court Judge